J. C. "JIMMY" KNABE ET AL v. CARROLL BALL ET AL

5-6087                                          485 S.W. 2d 745

Opinion delivered October 23, 1972

*Art Givens,* for appellants.

*E. H. Herrod,* for appellees.

### PER CURIAM

The decree is affirmed for failure of appellants to comply with Rule 9 of the rules of this court. Even though appellees, after pointing out appellants' non-compliance, supplied many of the deficiencies by supplementing the abstract of oral testimony and setting out the chancellor's findings of fact, we are still unable to understand the testimony without any abstract of any of the pleadings, the court's decree, or, most important of all, a plat and five or six photographic exhibits without which the testimony is not understandable. See *Baker* v. *Trotter,* 252 Ark. 247, 486 S.W. 2d 7; *Reliable Finance Co.* v. *Rhodes,* 252 Ark. 1077, 483 S.W. 2d 187.